ELIZABETH M. RYAN, as Administratrix, etc., of HERBERT J. RYAN, Deceased, Respondent, v. SOCONY-VACUUM OIL CO., INC., Appellant.— Order unanimously modified by denying the motion to strike out item 2, and as so modified, affirmed, without costs. A verified bill of particulars to be served within ten days after service of a copy of the order with notice of entry thereof. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

GEORGE H. LAIRD, Respondent, v. IRVING FEINBERG and Others, Appellants.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

PIC-ART SYNDICATE, INC., Appellant, v. GEORGE S. DUARTE, Also Known, etc., Respondent.— Order unanimously modified by granting the motion to the extent of opening the default and vacating judgment, on condition that defendant serve his answer within twenty days; otherwise order reversed and motion denied. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

SECURITIES ALLIED CORPORATION v. SAMUEL McROBERTS and Others, Impleaded with LETITIA H. HIGGINS and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PAUL OFFENBERG NURSERY COMPANY v. JACOB KEUR, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM T. RUSHFORD and Others v. FIORELLO H. LAGUARDIA, as Mayor, etc., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 597.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

AMERICAN FABRICS COMPANY v. WALTER S. BENEDICT and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CAROLYN EDWARD MAUER v. IRVING TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.